# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

OLGA HERNANDEZ,               )
                                   )
           **Plaintiff,**        )
                                   )
           **v.**                )  **Civil Case No. 08-1716 (RJL)**
                                   )
**CARLOS M. GUTIERREZ, Secretary,**  )
**U.S. Department of Commerce,**     )
                                   )
           **Defendant.**      )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this _____ day of

March 2012, it is hereby

      **ORDERED** that defendant's Motion for Summary Judgment [Dkt. #33] is

**GRANTED**; and it is further

      **ORDERED** that the above-captioned case is **DISMISSED**.


      **SO ORDERED.**


                                                
                                  **RICHARD J. LEON**
                                  United States District Judge